UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**WESTFIELD INSURANCE COMPANY,**

    **Plaintiff,**

v.                                          Case No: 5:14-cv-33-Oc-22PRL

**3-G POOLS, INC., ASP FRANCHISING,
INC., ALLEN COLE GODWIN and
KENNETH KRAUS**

    **Defendants.**

## ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Time to Conduct Case Management Conference and Excuse Personal Attendance by Defendant Godwin. (Doc. 23).

The parties have a global settlement conference of the matters raised in this declaratory judgment action and the underlying state court action set for May 21, 2014. They seek an extension of time until after the settlement conference to conduct their case management conference. In addition, Defendant Allen Cole Godwin will be unable to participate in the case management conference because he is incarcerated and has been advised by his criminal defense counsel not to answer questions related to this matter.

Upon due consideration, the Joint Motion for Extension of Time to Conduct Case Management Conference and Excuse Personal Attendance by Defendant Godwin (Doc. 23) is **GRANTED**. The parties are directed to conduct an in person conference and file their case

- 2 -

management report on or before **May 28, 2014**.  Counsel is authorized to prepare the case management report without Defendant Godwin's input.

      **DONE** and **ORDERED** in Ocala, Florida on April 8, 2014.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties